```
QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700                      OK/HAV


Attorney for Defendant
CAROL ANN MARTIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR. S-05-0195 DFL |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| CAROL ANN MARTIN and | ) |
| JOE PARRILLA, | ) Date: June 9, 2005 |
| | ) Time: 10:00 a.m. |
| Defendants. | ) Judge: Hon. David F. Levi |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Carol Ann Martin and Joe Parrilla, through their respective attorneys, that the status conference scheduled for June 9, 2005, may be continued to July 7, 2005, at 10:00 a.m.

This is a new case. Defendant Martin has been released to a drug treatment program where she expects to remain for several months; she is also due to deliver her baby later this month. Counsel for both parties have received discovery but additional time is needed to review it and to explore options for resolving the case without trial. The parties

1  therefore agree that time under the Speedy Trial Act may be excluded
2  through July 7, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)
3  (Local Code T4).

Respectfully submitted,

QUIN DENVIR
Federal Defender

Dated: June 9, 2005           /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for CAROL ANN MARTIN

Dated: June 9, 2005           /s/ M. Long
                              MICHAEL LONG
                              Attorney for JOE PARRILLA


                              McGREGOR SCOTT
                              United States Attorney

Dated: June 9, 2005           /s/ R. Taylor
                              ROBIN TAYLOR
                              Assistant U.S. Attorney


**O R D E R**

The status conference is continued to July 7, 2005, at 10:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons state above and by agreement of the parties.

IT IS SO ORDERED.


Dated: 6/9/2005



                              _____
                              DAVID F. LEVI
                              United States District Judge

Stipulation in U.S.A. v. C. Martin     2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28