QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant                              **OK/HAV**
CAROL ANN MARTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-05-0195 DFL |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | |
| CAROL ANN MARTIN and ) | |
| JOE PARRILLA, ) | Date:  July 7, 2005 |
| ) | Time:  1:30 p.m. |
| Defendants. ) | Judge: Hon. David F. Levi |
| ) | |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Carol Ann Martin and Joe Parrilla, through their respective attorneys, that the status conference scheduled for July 7, 2005, may be continued to September 8, 2005, at 10:00 a.m.

    Defendant Martin has been released to a drug treatment program where she expects to remain until August; she also recently delivered her baby, who is residing with her at the program. Counsel for both parties have received discovery but additional time is needed to explore options for resolving the case without trial. The parties therefore agree that time

under the Speedy Trial Act may be excluded through September 8, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

                    Respectfully submitted,

                    QUIN DENVIR
                    Federal Defender

Dated: July 6, 2005        /s/ T. Zindel
                    TIMOTHY ZINDEL
                    Assistant Federal Defender
                    Attorney for CAROL ANN MARTIN

Dated: July 6, 2005        /s/ T. Zindel for M. Long
                    MICHAEL LONG
                    Attorney for JOE PARRILLA

                    McGREGOR SCOTT
                    United States Attorney

Dated: July 6, 2005        /s/ T. Zindel for R. Taylor
                    ROBIN TAYLOR
                    Assistant U.S. Attorney

## O R D E R

The status conference is continued to September 8, 2005, at 10:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons state above and by agreement of the parties.

IT IS SO ORDERED.

Dated: July 7, 2005

                    _(signature)_
                    DAVID F. LEVI
                    United States District Judge