```
QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
```

**OK/HAV**

Attorney for Defendant
CAROL ANN MARTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-05-0195 DFL |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | |
| CAROL ANN MARTIN and ) | |
| JOE PARRILLA, ) | Date: September 22, 2005 |
| ) | Time: 10:00 a.m. |
| Defendants. ) | Judge: Hon. David F. Levi |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Carol Ann Martin and Joe Parrilla, through their respective attorneys, that the status conference scheduled for September 8, 2005, may be continued to September 22, 2005, at 10:00 a.m.

The government has provided each defendant a proposed plea agreement. Additional research and negotiations are necessary before a final agreement will be reached. All parties seek additional time to perform these tasks. Accordingly, the parties also agree that time under

the Speedy Trial Act may be excluded through September 22, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

                                            Respectfully submitted,

                                            QUIN DENVIR
                                            Federal Defender

Dated: September 6, 2005          /s/ T. Zindel
                                            TIMOTHY ZINDEL
                                            Assistant Federal Defender
                                            Attorney for CAROL ANN MARTIN

Dated: September 6, 2005          /s/ T. Zindel for M. Long
                                            MICHAEL LONG
                                            Attorney for JOE PARRILLA

                                            McGREGOR SCOTT
                                            United States Attorney

Dated: September 6, 2005          /s/ T. Zindel for R. Taylor
                                            ROBIN TAYLOR
                                            Assistant U.S. Attorney

## O R D E R

The status conference is continued to September 22, 2005, at 10:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons state above and by agreement of the parties.

IT IS SO ORDERED.

Dated: September 9, 2005

                                            DAVID F. LEVI
                                            United States District Judge