1   QUIN DENVIR, Bar #49374
    Federal Defender
2   TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   CAROL ANN MARTIN

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12
    UNITED STATES OF AMERICA,        )   No. CR. S-05-0195 DFL
13                                    )
                     Plaintiff,       )
14                                    )   **STIPULATION AND ORDER**
         v.                           )   **CONTINUING STATUS CONFERENCE**
15                                    )
    CAROL ANN MARTIN and              )
16  JOE PARRILLA,                     )   Date:   September 22, 2005
                                      )   Time:   10:00 p.m.
17                   Defendants.      )   Judge:  Hon. David F. Levi
                                      )
18  _____

19

20

21
         IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
22
    of America, and defendants, Carol Ann Martin and Joe Parrilla, through
23
    their respective attorneys, that the status conference scheduled for
24
    September 22, 2005, may be continued to October 6, 2005, at 10:00 a.m.
25
         The parties are trying to resolve a single sentencing guidelines
26
    issue before they finalize their plea agreement.  To complete this task
27
    prior to resolving the case, the parties agree that time under the Speedy
28

1    Trial Act may be excluded through October 6, 2005, pursuant to 18 U.S.C.

2    § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

3                                          Respectfully submitted,

4                                          QUIN DENVIR
                                           Federal Defender
5

6    Dated: September 20, 2005             /s/ T. Zindel_____
                                           TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                           Attorney for CAROL ANN MARTIN
8

9    Dated: September 20, 2005             /s/ T. Zindel for M. Long
     _____        MICHAEL LONG
10                                         Attorney for JOE PARRILLA

11
                                           McGREGOR SCOTT
12                                         United States Attorney

13
     Dated: September 20, 2005             /s/ T. Zindel for R. Taylor
14                                         ROBIN TAYLOR
                                           Assistant U.S. Attorney
15

16                              O R D E R

17

18
          The status conference is continued to October 6, 2005, at 10:00 a.m.
19
     Time under the Speedy Trial Act is excluded through that date for the
20
     reasons state above and by agreement of the parties.
21
          IT IS SO ORDERED.
22

23
     Dated: 9/21/2005
24

25

26                                  _____

27                                  DAVID F. LEVI
                                    United States District Judge
28